Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Innovative Sports Management, Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Innovative Sports Management, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>Mario Napoleon Hernandez Sosa, et al.,<br><br>Defendants. | CASE NO. 2:13-cv-03515-TJH-PLA<br><br>ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS MARIO NAPOLEON HERNANDEZ SOSA AND MARIO M. HERNANDEZ, INDIVIDUALLY AND D/B/A EL ZUNZAL RESTAURANT AND PUPUSERIA A/K/A EL ZUNZAL PUPUPSERIA [JS-6] |

**IT IS HEREBY STIPULATED** by and between Plaintiff INNOVATIVE SPORTS MANAGEMENT, INC. and Defendants MARIO NAPOLEON HERNANDEZ SOSA AND MARIO M. HERNANDEZ, INDIVIDUALLY AND D/B/A EL ZUNZAL RESTAURANT AND PUPUSERIA A/K/A EL ZUNZAL PUPUPSERIA, that the above-entitled action is hereby dismissed **without prejudice** against MARIO NAPOLEON HERNANDEZ SOSA AND MARIO M. HERNANDEZ, INDIVIDUALLY AND D/B/A EL ZUNZAL RESTAURANT AND PUPUSERIA A/K/A EL ZUNZAL PUPUPSERIA and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by September 29, 2014, the dismissal shall be deemed to be **with prejudice**.

///

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

[Proposed] ORDER GRANTING STIPULATION OF DISMISSAL
Case No. 2:13-cv-03515-TJH-PLA
PAGE 1

```
 1
 2
 3
 4
 5  **IT IS SO ORDERED**:
 6  [signature: Terry J. Hatter, Jr.]
 7                                              Dated:  September 13, 2013
 8  **The Honorable Terry J. Hatter, Jr.**
    **United States District Court**
 9  **Central District of California**
10
11  ///
12  ///
13  ///
14
15  ///
16  ///
17  ///
18  ///
19
20  ///
21  ///
22  ///
23  ///
24
25  ///
26
27
28
```

[Proposed] ORDER GRANTING STIPULATION OF DISMISSAL
Case No. 2:13-cv-03515-TJH-PLA
PAGE 2